2011-29361
FILED
June 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003561881

1  JaVonne M. Phillips, Esq. SBN 187474
2  Brielyn Atwater, Esq. SBN 241596
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (877) 369-6122
5  Fax (619) 685-4810

6  Attorney for:
7  Residential Credit Solutions Inc., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | ) Case No. 11-29361 |
| | ) |
| Raquel Ganpan Villafuerte, | ) DC No. BRI-1 |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| Residential Credit Solutions Inc., its assignees and/or successors, | ) **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | ) |
| Secured Creditor, | ) |
| v. | ) Date: 06/13/2011 |
| | ) Time: 10:00 AM |
| Raquel Ganpan Villafuerte, Debtor; and Susan K. Smith, Chapter 7 Trustee, | ) Ctrm: Courtroom 28, Floor: 7th |
| | ) Place: 501 I Street |
| | ) Sacramento, CA |
| | ) |
| Respondents. | ) |
| | ) Judge: Michael S. McManus |

RECEIVED
June 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003561881

The motion of Residential Credit Solutions Inc., its assignees and/or successors, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Michael S. McManus, Judge Presiding. All appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Residential Credit Solutions Inc., its assignees and/or successors, in the real property commonly known as 3032 Georgia Street, Vallejo, CA 94591.

IT IS FURTHER ORDERED that Residential Credit Solutions Inc. may complete its foreclosure of said real property and proceed with post-foreclosure remedies to obtain possession, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that the court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of the order granting relief from the automatic stay, Residential Credit Solutions Inc. and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

IT IS FURTHER ORDERED that the court awards no fees and costs in connection with the secured claim of Residential Credit Solutions Inc. as a result of the filing and prosecution of this motion.

IT IS FURTHER ORDERED that the fourteen day stay provided by Bankruptcy Rule 4001(a)(3) is not waived.

IT IS FURTHER ORDERED that Residential Credit Solutions Inc. may contact the Debtor to comply with California Civil Code Section 2923.5.

Dated: June 17, 2011

By the Court

Michael S. McManus
United States Bankruptcy Judge